1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANNE M. MURPHY,

11           Plaintiff,                          No.  CIV S-07-1262 DAD

12       v.

13   MICHAEL J. ASTRUE,                          ORDER TO SHOW CAUSE
     Commissioner of Social Security,

14
             Defendant.
15   _____/

16           On July 9, 2007, the court issued a scheduling order along with a form entitled "Consent

17   to Assignment or Request for Reassignment," which allows a party to consent to proceed before a

18   United States Magistrate Judge, or request reassignment of this case to a United States District Judge.

19   Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for

20   Reassignment" accompanying that form, all parties were to execute the form and return it to the Clerk

21   of the Court within ninety days from the date the action was filed.  See L.R., App. A(j).  The required

22   time has now expired and plaintiff has not returned the necessary form to the court.

23           Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within ten

24   days why the necessary document has not been filed with the court.  The filing by plaintiff of an

25   /////

26   /////

                                                    1

executed "Consent to Assignment or Request for Reassignment" form will be deemed compliance with

this order.

DATED: October 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/murphy1262.osc.form