LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANNE MURPHY,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-1262-DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel be awarded attorney fees as Plaintiff's assignee under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND NINE HUNDRED dollars and 00 cents ($4,900.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND NINE HUNDRED dollars and 00 cents ($4,900.00) in EAJA attorney

fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: July 21, 2009              /s/ *Dennis H. Black*
                                  *(As authorized via email)*
                                  DENNIS H. BLACK
                                  Attorney for Plaintiff

Dated: July 21, 2009              LAWRENCE G. BROWN
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/Theophous H. Reagans*
                                  THEOPHOUS H. REAGANS
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED.** thereby rendering plaintiff's July 2, 2009 motion for EAJA attorney's fees (Doc. No. 25) moot.

DATED: July 29, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.socsec/murphy1262.stipord.attyfees

2